JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL SILLAS, | Case No. CV 19-8926 ODW (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| C. KOENIG, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 15, 2019

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE